IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AUGUSTO SANCHEZ, # 15478-004                                              PETITIONER

VERSUS                                            CIVIL ACTION NO. 5:12CV23-DCB-JMR

THE BUREAU OF PRISONS, ADAMS
COUNTY CORRECTIONAL FACILITY,
VANCE LAUGHLIN, and DEPARTMENT
OF HOMELAND SECURITY–
IMMIGRATION AND CUSTOMS
ENFORCEMENT                                                              RESPONDENTS

## ORDER OF PARTIAL DISMISSAL AND REQUIRING LAUGHLIN TO ANSWER

BEFORE THE COURT is *pro se* Petitioner Augusto Sanchez's [1] Petition for Habeas Corpus pursuant to 28 U.S.C. 2241.  He filed this action on February 10, 2012, challenging the execution of his sentence.  He is a federal inmate at the Adams County Correctional Facility, over which Respondent Vance Laughlin is the warden.  The Court has considered Sanchez's submissions and the relevant legal authority.

As Laughlin is the federal official who has custody over Sanchez, Laughlin is the proper Respondent in this habeas action.  28 U.S.C. § 2243.  Therefore, Respondents Bureau of Prisons, Adams County Correctional Facility, and Department of Homeland Security–Immigration and Customs Enforcement are dismissed, and the Court directs Laughlin to file an answer to the Petition.

**IT IS THEREFORE ORDERED AND ADJUDGED** that, for the reasons stated above, Respondents Bureau of Prisons, Adams County Correctional Facility, and Department of Homeland Security–Immigration and Customs Enforcement should be and are hereby

**DISMISSED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Respondent Vance Laughlin shall file an answer in this case within 20 days of the service of a copy of this Order.

**IT IS FURTHER ORDERED AND ADJUDGED** that the United States District Clerk is hereby directed to issue summons to **Vance Laughlin**, Warden, Adams County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39120.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court shall serve, *by certified mail*, a copy of the summons, Petition [1] filed herein and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Vance Laughlin**, Warden, Adams County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39120.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court shall also serve a copy of this order upon Petitioner by mailing same to his last known address.

**SO ORDERED AND ADJUDGED**, this the 21st day of February, 2012.

       s/David Bramlette  
       UNITED STATES DISTRICT JUDGE