IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AUGUSTO SANCHEZ, #15478-004                                                                PETITIONER

VS.                                                          CIVIL ACTION NO. 5:12-cv-23-DCB-MTP

VANCE LAUGHLIN, Warden                                                                      RESPONDENT

ORDER

    This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

    IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and Sanchez's Petition for a Writ of Habeas Corpus [1] is dismissed with prejudice, and his claim for retaliation alleged in his Response [24] is dismissed without prejudice to his right to file an appropriate petition or complaint to address the claim.

    A separate judgment will be entered herein in accordance with the Order as required by

Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the ___15th___ day of August, 2013.

                                                                       ___s/ David Bramlette___
                                                                        UNITED STATES DISTRICT JUDGE